In the Matter of DIANE WORD, Appellant, v SUPERINTENDENT OF BEDFORD HILLS CORRECTIONAL FACILITY et al., Respondents.

Decided May 12, 2009

Appeal transferred, without costs, by the Court of Appeals, sua sponte, to the Appellate Division, Second Department, upon the ground that a direct appeal does not lie when questions other than the constitutional validity of a statutory provision are involved (NY Const, art VI, § 3 [b] [2]; § 5 [b]; CPLR 5601 [b] [2]).